```
United States Bankruptcy Court
Eastern District of Wisconsin
```

In re:                                                                   Case No. 11-30680-svk
Lisa A Werth                                                             Chapter 7
        Debtor               **CERTIFICATE OF NOTICE**

District/off: 0757-2          User: sko              Page 1 of 2           Date Rcvd: Feb 26, 2016
                              Form ID: 309A          Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2016.
```
db          +Lisa A Werth,    1805 Shepherd Court,    Apartment 110,    Waukesha, WI 53186-1459
tr          +Andrew N. Herbach,    1845 N. Farwell Ave,    Suite 301,    Milwaukee, WI 53202-1715
9626246     +CBE Group,    P.O. Box 900,    Waterloo, IA 50704-0900
7286596     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
7266418      Capitol Credit Service,    PO Box 6545,    Madison, WI 53716-0545
9626248      Credit Associates,    12129 W. Feerick St.,    Milwaukee, WI 53222
9626251     +Enhanced Recovery Corporation,    PO Box 57547,    Jacksonville, FL 32241-7547
7266423     +Evans & Reichl Orthodontics,    2140 West St. Paul Avenue Suite A,    Waukesha, WI 53188-5905
9490578     +Landmark Credit Union,    c/o Darnieder & Sosnay,    735 N. Water St., Suite 930,
              Milwaukee, WI 53202-4105
7266427     +Menomonee Falls Ambulatory Surgery Ctr.,    W180 N8045 Town Hall Road,
              Menomonee Falls, WI 53051-3559
7266428      Midwest Area Physicians, LLC,    PO Box 49,    Pittsburgh, PA 15230-0049
7266429     +Neurologic Association of Waukesha,    1111 Delafield Rd.,    Suite 105,
              Waukesha, WI 53188-3498
9626252     +OAC,    PO Box 500,    Baraboo, WI 53913-0500
9626253     +Payflex,    PO Box 8396,    Omaha, NE 68108-0396
7266430     +Pick 'N Save,    Check Collections Office,    1818 West National Avenue,
              Milwaukee, WI 53204-1118
9626254      ProHealth Care,    PO Box 3475,    Toledo, OH 43607-0475
7266431     +Prohealth Care Medical Associates,    PO Box 649,    Waukesha, WI 53187-0649
9626256     +SKO Brenner American, Inc.,    40 Daniel Street,    Farmingdale, NY 11735-1308
9626258      St. Joseph's Hospital,    Patient Accounts,    5000 W. Chambers Street,
              Milwaukee, WI 53210-1688
9626259      State Collection Service Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
7266433      State of Wisconsin,    Public Assistance Collection Unit,    P.O. Box 8938,
              Madison, WI 53708-8938
7266437     +WFH-Elmbrook,    19333 W. North Ave.,    Brookfield, WI 53045-4132
7266435     +Walgreens,    8350 South River Parkway,    Tempe, AZ 85284-2615
9626262     +Wheaton Franciscan Healthcare,    SDS 12-3088,    PO Box 86,    Minneapolis, MN 55486-0086
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +E-mail/Text: mark@dwdglaw.com Feb 27 2016 00:52:34     Mark C. Darnieder,
              Darnieder & Geraghty,    735 North Water Street, Suite 930,    Milwaukee, WI 53202-4105
aty           E-mail/Text: wlgmke@wattongroup.com Feb 27 2016 00:52:00     Michael J. Watton,
              700 North Water Street,    Suite 500,    Milwaukee, WI  53202
tr           +EDI: BANHERBACH.COM Feb 27 2016 00:43:00     Andrew N. Herbach,    1845 N. Farwell Ave,
              Suite 301,    Milwaukee, WI 53202-1715
smg           EDI: WISCDEPREV.COM Feb 27 2016 00:43:00     Wisconsin  Department  Of Revenue,
              Special Procedures Unit,    P.O. Box 8901,    Madison, WI  53708-8901
ust          +E-mail/Text: ustpregion11.mi.ecf@usdoj.gov Feb 27 2016 00:52:45     Office of the U. S. Trustee,
              517 East Wisconsin Ave.,    Room 430,    Milwaukee, WI 53202-4510
cr           +EDI: RMSC.COM Feb 27 2016 00:43:00     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
cr           +E-mail/Text: mark@dwdglaw.com Feb 27 2016 00:52:34     Landmark Credit Union,
              c/o Mark C. Darnieder,    Darnieder & Geraghty,    735 N. Water St., Suite 930,
              Milwaukee, WI 53202-4105
cr           +EDI: BASSASSOC.COM Feb 27 2016 00:43:00     eCAST Settlement Corporation,
              c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tuscson, AZ 85712-1083
7266414       E-mail/Text: ebn@americollect.com Feb 27 2016 00:52:52     Americollect,
              1851 South Alverno Road,    Manitowoc, WI 54220-9208
7459289       EDI: BECKLEE.COM Feb 27 2016 00:43:00     American Express Centurion Bank,
              c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7266413      +EDI: AMEREXPR.COM Feb 27 2016 00:43:00     American Express Correspondence,    P.O. Box 6618,
              Omaha, NE 68106-0618
7266415      +EDI: BASSASSOC.COM Feb 27 2016 00:43:00     Bass & Associates,    3936 East Fort Lowell Road,
              Suite 200,    Tucson, AZ 85712-1083
7266416      +EDI: HFC.COM Feb 27 2016 00:43:00     Best Buy,    P.O. Box 15521,    Wilmington, DE 19850-5521
7391947      +EDI: OPHSUBSID.COM Feb 27 2016 00:43:00     CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
              2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
7266417       EDI: CAPITALONE.COM Feb 27 2016 00:43:00     Capital One,    P.O. Box 30285,
              Salt Lake City, UT 84130-0285
7888581      +EDI: BASSASSOC.COM Feb 27 2016 00:43:00     Capital One, N.A.,    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
7266419      +E-mail/Text: tuscolsup@fisglobal.com Feb 27 2016 00:53:23
              Certegy Payment Recovery Services, Inc.,    3500 5th Street,    Northport, AL 35476-4723
9626247      +E-mail/Text: nancy@collectionassociates.net Feb 27 2016 00:52:23
              Collection Associates, Ltd.,    P.O. Box 465,    Brookfield, WI 53008-0465
7266420       E-mail/Text: bkcy@creditmgt.com Feb 27 2016 00:52:44     Credit Management Control,
              P.O. Box 1654,    Green Bay, WI 54305-1654
7266422       E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Feb 27 2016 00:52:47
              Department of Workforce Development,    Unemployment Insurance,    P.O. Box 8914,
              Madison, WI 53708-8914
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
9626250        +E-mail/Text: wfhbankruptcynotice@wfhc.org Feb 27 2016 00:53:15      Elmbrook Memorial Hospital,
                 19333 West North Avenue,    Brookfield, WI 53045-4198
7266424         EDI: HFC.COM Feb 27 2016 00:43:00       HSBC - Direct Rewards,    PO Box 5253,
                 Carol Stream, IL 60197-5253
7481262        +EDI: BASSASSOC.COM Feb 27 2016 00:43:00       HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
7444167        +E-mail/Text: jkleist@bcofwi.com Feb 27 2016 00:52:01       Jax Properties,
                 c/o Bonded Collectors of WI Inc,    P. O. Box 83,    Portage, WI 53901-0083
7266425         EDI: CBSKOHLS.COM Feb 27 2016 00:43:00       Kohl’s,    P.O. Box 3043,    Milwaukee, WI 53201-3043
7266426         E-mail/Text: bankruptcy@landmarkcu.com Feb 27 2016 00:52:48       Landmark Credit Union,
                 P.O. Box 510870,    New Berlin, WI 53151
7458477        +E-mail/Text: ebn@americollect.com Feb 27 2016 00:52:52
                 Menomonee Falls Ambulatory  C/O Americollect Inc],    PO Box 1566,    Manitowoc WI 54221-1566
7424411         EDI: PRA.COM Feb 27 2016 00:43:00       Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
9626255        +EDI: RECOVERYCORP.COM Feb 27 2016 00:43:00       Recovery Management Systems Corp.,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7331218         EDI: RECOVERYCORP.COM Feb 27 2016 00:43:00       Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
7266432        +EDI: SEARS.COM Feb 27 2016 00:43:00       Sears,    PO Box 6282,    Sioux Falls, SD 57117-6282
9626257        +EDI: NEXTEL.COM Feb 27 2016 00:43:00       Sprint,    P.O. Box 8077,    London, KY 40742-8077
7464148         E-mail/Text: UIInsolvCollections@dwd.wisconsin.gov Feb 27 2016 00:52:47       State of Wisconsin,
                 DWD - Unemployment Insurance,    P.O. Box 7888,    Madison, WI 53707-7888
7266434        +E-mail/Text: dl-ral-collectionshelpdesk2@twcable.com Feb 27 2016 00:53:14       Time Warner Cable,
                 P.O. Box 511700,    Milwaukee, WI 53203-0291
7266436         E-mail/Text: Bankruptcy-Notifications@we-energies.com Feb 27 2016 00:52:13       We Energies,
                 Attn: Bankruptcy Dept. - A130,    P.O. Box 2046,    Milwaukee, WI 53201-2046
7347461        +E-mail/Text: Bankruptcy-Notifications@we-energies.com Feb 27 2016 00:52:12       We Energies,
                 Attn Bankruptcy Dept RM A130,    333 W Everett St,    Milwaukee WI 53290-0002
7266438        +E-mail/Text: wfhbankruptcynotice@wfhc.org Feb 27 2016 00:53:15
                 Wheaton Franciscan Healthcare,    P.O. Box 5995,    Peoria, IL 61601-5995
8860055        +EDI: BASSASSOC.COM Feb 27 2016 00:43:00       eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                              TOTAL: 38

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                Tucson, AZ 85712-1083
cr*           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083
9626249*       Credit Management Control,    P.O. Box 1654,    Green Bay, WI 54305-1654
9626260*      +Walgreens,    8350 South River Parkway,    Tempe, AZ 85284-2615
9626261*       We Energies,    Attn: Bankruptcy Dept. - A130,    P.O. Box 2046,    Milwaukee, WI 53201-2046
7266421      ##+Creditwatch Services,    4690 Dipolmacy Road, Suite 100,    Fort Worth, TX 76155-2682
                                                                                 TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2016 at the address(es) listed below:
              Andrew N. Herbach    WI13@ecfcbis.com
              Mark C. Darnieder    on behalf of Creditor   Landmark Credit Union mark@dwdglaw.com
              Michael J. Watton    on behalf of Debtor Lisa A Werth wlgmke@wattongroup.com
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Lisa A Werth** | | Social Security number or ITIN | **xxx–xx–3903** |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Wisconsin** | | Date case filed in chapter **13** | **7/7/11** |
| Case number: | **11–30680–svk** | | Date case converted to chapter **7** | **2/24/16** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Lisa A Werth | |
| 2. | **All other names used in the last 8 years** | fka Lisa Anderson | |
| 3. | **Address** | 1805 Shepherd Court<br>Apartment 110<br>Waukesha, WI 53186 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael J. Watton<br>700 North Water Street<br>Suite 500<br>Milwaukee, WI 53202 | Contact phone (414) 273–6858<br><br>Email:  wlgmke@wattongroup.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrew N. Herbach<br>1845 N. Farwell Ave<br>Suite 301<br>Milwaukee, WI 53202 | Contact phone 414–272–0761 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Room 126, U.S. Courthouse<br>517 East Wisconsin Avenue<br>Milwaukee, WI 53202–4581 | Office Hours: Monday through Friday, 8:30 A.M. until 4:30 P.M., except legal holidays.<br><br>Contact phone (414) 297–3291<br><br>Date: 2/26/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 5, 2016 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** **Valid photo identification required** *** | Location:<br><br>**U.S. Courthouse, Room 428A, 517 East Wisconsin Avenue, Milwaukee, WI 53202** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/6/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**